UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 1:08-CR-4 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| FRANCISCO LAKE, GEORGE | ) | |
| CRAWFORD, NATALYA PUNTO, | ) | |
| and JACQUALINE BANKS | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the joint motion filed by Defendants Natalya Punto ("Punto") and Jacqualine Banks ("Banks) to suppress evidence obtained from the stop and search of a motor vehicle (Court File No. 35). Defendant Francisco Lake ("Lake") originally joined the motion to suppress, but withdrew his participation (Court File No. 59). The United States ("Government") filed a timely response (Court File No. 38) and the motion was referred to U.S. Magistrate Judge Susan K. Lee (Court File No. 37), who held a hearing and subsequently filed a report & recommendation ("R&R") recommending Defendants' motion be denied (Court File No. 75). Defendant Banks filed an objection (Court File No. 76), as did Defendant Punto (Court File No. 79), and the Government responded (Court File No. 82). For the reasons outlined in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 75). Accordingly, Defendants' motion to suppress is **DENIED** (Court File No. 35).

**SO ORDERED**.

**ENTERED:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**